IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MONIQUE BASSALINDA LEDET | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:15-cv-03428 |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | |
| COMPANY, LIBERTY MUTUAL | § | |
| FIRE INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | JURY DEMANDED |

## JOINT MOTION FOR AGREED ORDER
## OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants, **LIBERTY MUTUAL INSURANCE COMPANY** (*improperly joined*) and **LIBERTY MUTUAL FIRE INSURANCE COMPANY** ("Defendants"), and **MONIQUE BASSALINDA LEDET, Plaintiff** herein, filing this Joint Motion for Agreed Order of Dismissal With Prejudice, and in support thereof would show the Court as follows:

I.

The parties have settled all issues and claims between them in this matter and wish to fully and finally dispose of this lawsuit.

II.

Therefore, the parties desire that the Court sign an Agreed Order of Dismissal With Prejudice which will fully and finally dispose of all claims and issues by and between the parties,

1

and accordingly ask the Court to sign the attached "Agreed Order of Dismissal With Prejudice" and present it to the Clerk of Court for entry.

WHEREFORE, PREMISES CONSIDERED, Defendants, **LIBERTY MUTUAL INSURANCE COMPANY** (*improperly joined*) and **LIBERTY MUTUAL FIRE INSURANCE COMPANY** ("Defendants"), and **MONIQUE BASSALINDA LEDET, Plaintiff** herein, pray this Court grant their Joint Motion for Agreed Order of Dismissal With Prejudice and sign the attached Agreed Order of Dismissal With Prejudice.

Respectfully submitted,

**SHEEHY, WARE & PAPPAS, P.C.**

By: /s/ J. Mark Kressenberg

J. Mark Kressenberg
State Bar No. 11725900
jkressenberg@sheehyware.com
Sophia L. Lauricella
State Bar No. 24070107
slauricella@sheehyware.com
2500 Two Houston Center
909 Fannin
Houston, Texas  77010
713-951-1000 – Telephone
713-951-1199 – Facsimile

**ATTORNEYS FOR THE DEFENDANTS LIBERTY MUTUAL INSURANCE COMPANY AND LIBERTY MUTUAL FIRE INSURANCE COMPANY**

and,

JMK:SLL/db
2424105

The Corona Law Firm PLLC

By: _____

Jesse S. Corona
Texas Bar No. 24082184
2611 Cypress Creek Pkwy
Suite H-200
Houston, TX 77068
Phone: (281) 882-1670
Fax: (713) 678-0613
Jesse@thecoronalawfirm.com

**ATTORNEYS FOR PLAINTIFF MONIQUE BASSALINDA LEDET**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing instrument has been forwarded in accordance with the Federal Rules of Civil Procedure on this the 17th day of January, 2016 to the following counsel of record:

Jesse S. Corona
THE CORONA LAW FIRM PLLC
2611 Cypress Creek Pkwy
Suite H-200
Houston, TX 77068
Phone: (281) 882-1670
Fax: (713) 678-0613

_____
J. Mark Kressenberg/Sophia L. Lauricella