United States District Court
Southern District of Texas

**ENTERED**

February 22, 2016

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MONIQUE BASSALINDA LEDET | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:15-cv-03428 |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | |
| COMPANY, LIBERTY MUTUAL | § | |
| FIRE INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | **JURY DEMANDED** |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on Defendants, **LIBERTY MUTUAL INSURANCE COMPANY** (*improperly joined*) and **LIBERTY MUTUAL FIRE INSURANCE COMPANY** ("Defendants"), and **MONIQUE BASSALINDA LEDET**, Plaintiff's, Joint Motion for Dismissal With Prejudice. Upon consideration of the Motion, and it appearing same is for good cause and that the claims and causes of action herein have been settled by the parties, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

IT IS, **THEREFORE, ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**, each party to bear their respective costs.

This Order disposes of all claims and all issues by and between the parties and constitutes a final appealable order.

**SO ORDERED.**

Dated: February 22 , 2016.

_____
PRESIDING JUDGE

1

AGREED TO AS TO FORM AND
SUBSTANCE AND ENTRY REQUESTED:

J. Mark Kressenberg and
Sophia L. Lauricella
Attorneys for Defendants Liberty Mutual Insurance Company
and Liberty Mutual Fire Insurance Company

Jesse Corona
Attorney for Plaintiff Monique Bassalinda Ledet

JMK:SLL/db
2424120

2